UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBA YESIPOVICH, | No. 2:14-cv-1869 CKD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). Plaintiff's assets include $29,000 in stocks. Thus, plaintiff has made an inadequate showing of indigency. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994). Plaintiff will therefore be granted twenty-one days in which to submit the appropriate fees to the Clerk of the Court. Plaintiff is cautioned that failure to pay the

1  filing and general administrative fees in the amount of $400 will result in a recommendation that
2  the application to proceed in forma pauperis be denied and the instant action be dismissed without
3  prejudice.

4      In accordance with the above, IT IS HEREBY ORDERED that:

5      1. Within twenty-one days from the date of this order, plaintiff shall submit the
6  appropriate fees to the Clerk of the Court.

7      2. The Clerk of the Court is directed to serve the undersigned's scheduling order in social
8  security cases.

9  Dated: August 12, 2014

    _____
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

12  4 yestipovich.ifp.den

2