IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBA YESIPOVICH, | |
| Plaintiff, | No. C 15-00112 WHA |
| v. | |
| CAROLYN W. COLVIN, | **REQUEST FOR CHAMBERS COPIES** |
| Defendant. | |

This action regarding an alleged denial of an application for social security disability insurance benefits was transferred from the Eastern District to here on January 9. Before the transfer, defendant lodged the administrative record.

Defendant shall please re-lodge chambers copies of the administrative record here by **JANUARY 16**. As a reminder, plaintiff's motion for summary judgment or for remand is due by **JANUARY 26, 2015**.

Dated: January 12, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE