IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUBA YESIPOVICH,

    Plaintiff,

    v.

CAROYLN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

No. C 15-00112 WHA

**ORDER RE HEARING
ON EAJA MOTION**

    The Court scheduled a hearing for September 30 for plaintiff's pending motion for attorney's fees in this social security appeal, encouraging the parties to keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. Counsel for defendant has filed a notice informing the Court that he has prescheduled and prepaid international travel plans that would conflict with that hearing. The parties have filed a stipulation proposing a hearing date of October 19.

    The Court is inclined to rule in advance without a hearing; however, if either side informs the Court that a lawyer with four or fewer years of experience will conduct the oral argument, the Court will schedule a hearing for **OCTOBER 19 AT 8:00 A.M.** Please file a letter informing the Court of such intent by **SEPTEMBER 24 AT NOON**. The September 30 hearing is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: September 18, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE